COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

GARY SMITH,                       §               No. 08-17-00181-CV

            Appellant's,        §              Appeal from the

v.                           §        County Court at Law No. 3

EL PASO VETERANS TRANSITIONAL    §        of El Paso County, Texas
LIVING CENTER,

                                  §           (TC# 2017-CCV00770)

           Appellee.            

§

# O R D E R

The Court GRANTS the Appellant's pro se second motion for extension of time within which to file the brief until **October 31, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Gary Smith, the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before October 31, 2017.

IT IS SO ORDERED this 16th day of October, 2017.


                                         PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.